Filed 2/17/23 P. v. Wilson CA1/2
Opinion following transfer from Supreme Court
**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

FIRST APPELLATE DISTRICT

DIVISION TWO

| | |
|---|---|
| THE PEOPLE,<br><br>        Plaintiff and Respondent,<br><br>v.<br><br>ALPHONSO RAY WILSON JR.,<br><br>        Defendant and Appellant. | A161420<br><br>(Solano County<br> Super. Ct. No. VCR187924) |

On December 21, 2022, the Supreme Court transferred this matter to this court with instructions to vacate our decision and reconsider the cause in light of *People v. Strong* (2022) 13 Cal.5th 698.[1]  The opinion issued by this court on March 28, 2022, is hereby vacated.  Having reconsidered the appeal in light of *Strong*, we conclude that appellant has adequately pleaded a prima facie case for resentencing relief under Penal Code section 1172.6 and that nothing in the record of conviction conclusively refutes the pleaded allegations.  Accordingly, we reverse the trial court's order denying appellant's resentencing petition.  The trial court is directed to issue an order

_____

[1] As stated in our order filed January 24, 2023, this court learned of the order transferring this matter to this court on January 24, 2023.  On that date we immediately issued an order giving the parties an opportunity to submit a supplemental brief pursuant to California Rules of Court, rule 8.200(b).  The time has passed for the parties to file supplemental briefs. (See Cal. Rules of Court, rule 8.200(b)(1).)  No briefs were filed.

1

to show cause under section 1172.6, subdivision (c), and to proceed with a hearing under section 1172.6, subdivision (d).

_____
Miller, J.

WE CONCUR:


_____
Richman, Acting P.J.


_____
Markman, J.[*]


A161420, *People v. Wilson*

_____

[*] Judge of the Alameda Superior Court, assigned by the Chief Justice pursuant to article VI, section 6 of the California Constitution.